SUFFIELD DEVELOPMENT ASSOCIATES LIMITED PARTNERSHIP *v.* NATIONAL LOAN INVESTORS, L.P., ET AL.

The petition by the defendants Berman and Sable and James W. Oliver for certification for appeal from the Appellate Court, 97 Conn. App. 541 (AC 26450), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Barbara A. Frederick*, in support of the petition.

*Kerry M. Wisser* and *Nathan A. Schatz,* in opposition.

Decided November 29, 2006